```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05574
    LAKEISHA M JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4725


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/10/2008 and was confirmed 04/30/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

     The case was converted to chapter 7 after confirmation 10/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
REAL TIME RESOLUTIONS IN   UNSECURED        33580.38           .00           114.54
WYNDHAM VACATION RESORTS   SECURED NOT I    10237.83           .00             .00
BANK OF AMERICA BANK       UNSECURED         8851.16           .00            35.09
CHASE MANHATTAN MORTGAGE   UNSECURED        33580.38           .00           114.54
RESURGENT CAPITAL SERVIC   UNSECURED         3949.76           .00             .00
LVNV FUNDING               UNSECURED         1516.20           .00             .00
COUNTRYWIDE                UNSECURED       NOT FILED           .00             .00
DYCK O NEAL INC            UNSECURED        56609.80           .00           193.08
AURORA LOAN SERVICES       CURRENT MORTG        .00            .00             .00
CITIMORTGAGE INC           CURRENT MORTG        .00            .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       331.50                          331.50
TOM VAUGHN                 TRUSTEE                                            65.23
DEBTOR REFUND              REFUND                                            146.02

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,000.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                      457.25
ADMINISTRATIVE                                 331.50
TRUSTEE COMPENSATION                            65.23
DEBTOR REFUND                                  146.02
                  --------------         --------------
TOTALS              1,000.00                 1,000.00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 05574 LAKEISHA M JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 05574 LAKEISHA M JOHNSON